NO.  07-10-0222-CV

                                                             

                                                   IN
THE COURT OF APPEALS

 

                                       FOR THE
SEVENTH DISTRICT OF TEXAS

 

                                                                 AT
AMARILLO

 

                                                                      PANEL
B

 

                                                                 JUNE
24, 2010

 

                                            ______________________________

 

 

                                                 In re: JOHNNY HINOJOS LUNA,

 

                                                                                                            Relator

 

                                         _________________________________

 

                                   On
Original Proceeding for Writ of Mandamus

 

                                           _______________________________

 

Before QUINN, C.J., and CAMPBELL and
HANCOCK, JJ

            Pending before the
court is the application of Johnny Hinojos Luna, for
a writ of mandamus.  The petition is a
request for us to order the Honorable Ana Estevez, 251st District Court, to act
on his motion for “Nunc Pro Tunc,”
wherein he claimed that he did not receive jail time credit while awaiting
trial.   We dismiss the petition as moot.

            On June 14, 2010, we directed Judge
Estevez to respond to relator’s petition for
mandamus.  On June 18, 2010, Judge
Estevez filed her response which included an “Order Granting Jail Time Credit Nunc Pro Tunc,” wherein she
granted relator’s motion and allotted him the
requested jail time credit.[1]   

            Accordingly, we do not reach the
merits of the issues raised, and the petition for writ of mandamus is dismissed
as moot.  See In re Duncan, 62 S.W.3d 333, 334 (Tex. App.–Houston [1st Dist.]
2001, orig. proceeding).

 

                                                                                    Brian
Quinn

                                                                                    Chief
Justice

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 



 











[1]A copy of the trial court’s order is
attached to this opinion.